0PROB 12C
(7/93)

Report Date: January 21, 2014

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Armando Lozano-Aroso    Case Number: 4:14CR06001-001

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Dana M. Sabraw, U.S. District Judge, SD/CA
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge, ED/WA

Date of Original Sentence: April 26, 2013

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 90 days; TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Unassigned | Date Supervision Commenced: April 26, 2013 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: April 25, 2014 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

1    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

2    **Special Condition # 14**: If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally; supervision waived upon deportation, exclusion or voluntary departure.

**Supporting Evidence**: On August 5, 2013, Mr. Lozano-Aroso, a previously-deported alien, was found in the United States, in violation of 8 U.S.C. § 1326, as evidenced by the indictment filed in United States District Court in the Eastern District of Washington, in docket no. 2:13CR00134-001.

On August 5, 2013, Mr. Lozano-Aroso unlawfully operated a vehicle while his license was suspended or revoked, in violation of Revised Code of Washington 46.20.342.1C. Mr. Lozano-Aroso was found guilty and sentenced to 90 days in jail, with 88 days suspended, in Okanogan County District Court.

Prob12C
**Re: Lozano-Aroso, Armando**
**January 21, 2014**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  1/21/2014

s/Patrick J. Dennis

Patrick J Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Thomas O. Rice*

Signature of Judicial Officer

January 22, 2014

Date